# LACHTMANCOHEN P.C.

245 Main Street, Suite 230
White Plains, New York 10601
Tel: (914) 505-6093
Email: bcohen@lcpclaw.com
www.lcpclaw.com

June 30, 2021

**BY ECF & EMAIL**
Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150
Email: chambersnysdseibel@nysd.uscourts.gov

*Re:*     *Jagoda v. The Board of Managers of the Regatta Condominium, et al.*
       **7:20-cv-08681-CS – Joint Request for Settlement Conference**

Dear Judge Seibel:

We represent plaintiff Anjoli Jagoda in the above-referenced matter. Together with defendants' counsel, we write to jointly request that Your Honor issue an Order of Reference to Magistrate Judge Judith C. McCarthy to conduct a settlement conference in this matter.

By way of update, the parties have completed document discovery and depositions have been noticed. In the meantime, settlement negotiations have been ongoing, and at this juncture, we believe that Magistrate Judge McCarthy's assistance would be beneficial.

Under the Scheduling Order, all fact discovery must be completed by July 19, 2021. [ECF No. 30 ¶ 4]. Thus, if Your Honor is inclined to issue an Order of Reference, we would be grateful for a 30-day extension of this deadline to complete depositions.

We thank the Court for its time and consideration of these requests.

Respectfully submitted,

**LACHTMAN COHEN P.C.**

Brian S. Cohen

cc:   All Counsel of Record (By ECF)