UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Jagoda,

                         Plaintiff(s),

                v.

The Board of Managers of the Regatta Condominium,
et al.
                       Defendant(s).
-----------------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

7:20-CV-08681 (CS)

The above entitled action is referred to the Hon. Judith C. McCarthy, United States Magistrate Judge, for the following purposes(s):

\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositve pre-trial motions and settlement)

\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation)

\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)*
_____
<u>Discovery Disputes</u>

\_\_\_\_ JURY SELECTION

\_\_\_\_ HABEAS CORPUS

\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_ SOCIAL SECURITY

__X__ SETTLEMENT

\_\_\_\_ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial)

\_\_\_\_ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF

_____

_____

Dated:   June 30, 2021
           White Plains, New York

SO ORDERED.

*Cathy Seibel* (signature)
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.