UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANJOLI JAGODA,

|  |  |  |
|---|---|---|
| | Plaintiff, | **SCHEDULING ORDER** |
| -against- | | 20 Civ. 8681 (CS)(JCM) |

THE BOARD OF MANAGERS OF THE
REGATTA CONDOMINIUM, *et al.*,

                                    Defendants.
-------------------------------------------------------------X

The Court has scheduled a Settlement Conference for July 21, 2021 at 2:00 p.m. before

Magistrate Judge Judith C. McCarthy.  Counsel shall call the following number at the time of the

conference:

Toll-Free Number: 877-873-8017
Access Code: 4264138

Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter,

so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior

to the conference, outlining any information counsel believes would assist the Court in preparation

for the conference.

Dated:  July 1, 2021
White Plains, New York

**SO ORDERED:**

JUDITH C. McCARTHY
United States Magistrate Judge