# LACHTMANCOHEN P.C.

245 Main Street, Suite 230
White Plains, New York 10601
Tel: (914) 505-6093
Email: bcohen@lcpclaw.com
www.lcpclaw.com

July 15, 2021

**BY ECF & EMAIL**
Hon. Judith C. McCarthy, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150
Email: McCarthy_NYSDChambers@nysd.uscourts.gov

Re: *Jagoda v. The Board of Managers of the Regatta Condominium, et al.*
**7:20-cv-08681-CS – Request for Extension of Time to Submit *Ex Parte* Letter**

Dear Judge McCarthy:

I represent the plaintiff in the above-referenced matter. Per the Court's Scheduling Order (ECF No. 36), a telephonic settlement conference with Your Honor is scheduled for July 21, 2021 at 2:00 pm, and confidential, *ex parte* letters are due today.

I write to request an extension of time to submit the plaintiff's *ex parte* letter until Monday, July 19, 2021. The extension is necessary, as I have had urgent matters to attend to and will be away tomorrow through the weekend for a previously-scheduled vacation. I would be grateful for the additional time.

I have conferred with defendants' counsel, and they consent to this extension.

Thank you for your time and consideration of this request.

Respectfully submitted,

**LACHTMAN COHEN P.C.**

Brian S. Cohen

cc: All Counsel of Record (By ECF)