UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Jagoda,

                Plaintiff(s),

      -against –

The Board of Managers of the Regatta Condominium,
et al.,

                Defendant(s).
----------------------------------------------------------------X

**O R D E R**

7:20-CV-08681 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED.**

Dated: July 22, 2021

      White Plains, New York

                                                      _____
                                                      CATHY SEIBEL, U.S.D.J.