UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANJOLI JAGODA,

                            Plaintiff,

-against-

THE BOARD OF MANAGERS OF THE REGATTA
CONDOMINIUM, RMR RESIDENTIAL REALTY, LLC,
AMET "ALEX" VUCETOVIC, ANDREW J. MAGGIO,
and NELSON CALDERON,

                            Defendants.
-------------------------------------------------------------------X

Index No.: 7:20-CV-08681

**STIPULATION OF DISMISSAL WITH PREJUDICE**

        **WHEREAS**, on October 19, 2020, Plaintiff Anjoli Jagoda filed a complaint (ECF Doc. No. 1) in the above-captioned action (the "Action") asserting claims against Defendants, The Board of Managers of the Regatta Condominium, RMR Residential Realty, LLC, Amet "Alex" Vucetovic, Andrew J. Maggio and Nelson Calderon (collectively, the "Parties");

        **WHEREAS**, by Order dated July 22, 2021 (ECF Doc. No. 39), this Court dismissed the Action based on settlement.

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, pursuant to Rule 4l(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, that all claims alleged in the Action are dismissed with prejudice.

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and a facsimile shall be deemed an original by consent of the parties. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Elmsford, New York
        August 31, 2021

LACHTMAN COHEN, P.C.
*Attorneys for Plaintiff*
*Anjoli Jagoda*

By: _____
Brian Cohen, Esq,
245 Main Street, Suite 230
White Plains, New York 10601
(914) 893-4720

BLACK MARJIEH & SANFORD LLP
*Co-Counsel for Defendants*

By: _____
Dana K. Marjieh, Esq.
100 Clearbrook Road, Suite 345
Elmsford, New York 10523
Tel: (914) 704-4400

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
*Attorneys for Defendants*
*The Board of Managers of the Regatta Condominium, RMR Residential Realty, LLC, Amet "Alex" Vucetovic, Andrew J. Maggio and Nelson Calderon*

By: _____
Patrick Palladino, Esq.
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000

2